# EXHIBIT A



**WESTERN WORLD INSURANCE COMPANY**
300 Kimball Drive, Suite 500
Parsippany, New Jersey 07054

NO. 0337677
55-95/212

| DATE | CLAIM NO. | AMOUNT |
|---|---|---|
| 02/01/2018 | 00136230 | $160,000.00 |

PAY One Hundred Sixty Thousand Dollars

TO THE ORDER OF REPLOGLE HARDWOOD FLOORING LLC

TD Bank
1100 Lake Street
Ramsey, NJ 07446

⑃0337677⑃ ⑆021200957⑆ 005 013569⑃

Check: 337677 Amount: $160,000.00 Date: 2/15/2018
Run: 1005, Batch: 69, Seq: 230, Source: C21-Vertex



>084307033< 20180215
FirstBank
16705  57

<084307033> 16705 57 02/15/18

Check: 337677 Amount: $160,000.00 Date: 2/15/2018
Run: 1005, Batch: 69, Seq: 230, Source: C21-Vertex



Check: 337678 Amount: $10,000.00 Date: 2/15/2018
Run: 1005, Batch: 69, Seq: 229, Source: C21-Vertex

Printed 2/14/2019                                                                                                 FirstBank-Nashville TN - Page 1 of 2