# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Replogle Hardwood Flooring ) | |
| Company, LLC, ) | Case No. 17-12172 |
| ) | |
| Debtor. ) | Judge Jimmy L. Croom |
| ) | |
| ) | |

## NOTICE OF FILING OF DEBTOR'S INSURANCE POLICY IN FURTHER SUPPORT OF MOTION TO REOPEN CASE

In further support of its motion to reopen, FHL Industries, LLC respectfully submits a copy of Debtor's insurance policy with Western World Insurance Company, Policy Number BRB0000923. A true and correct copy of the policy is attached as *Exhibit C*.

Respectfully submitted,

/s/ Michael G. Abelow
Michael G. Abelow (No. 26710)
Ryan T. Holt (No. 30191)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
mabelow@srvhlaw.com
rholt@srvhlaw.com

*Counsel for FHL Industries, LLC*

895797.1   04866-042

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 28, 2019, a true and correct copy of the foregoing Notice of Filing was served by operation of the Court's e-filing system upon all users accepting electronic service. In addition, copies were served by Email and U.S. Mail upon the following:

| | |
|---|---|
| Philip G. Young<br>Thompson Burton PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, TN 37067<br>philip@thompsonburton.com<br><br>Counsel for Debtor | Jerry P. Spore<br>William J. Hardegree<br>SPRAGINS, BARNETT & COBB, PLC<br>312 E. Lafayette Street<br>P.O. Box 2004<br>Jackson, TN 38302-2004<br>jpspore@spraginslaw.com<br>wjh@spraginslaw.com<br><br>Counsel for Tennessee BIDCO |
| Karen P. Dennis<br>Office of the United States Trustee<br>200 Jefferson Avenue, Suite 400<br>Memphis, TN 38103<br>Karen.P.Dennis@usdoj.gov<br><br>Counsel for the United States Trustee | Monica M. Simmons-Jones<br>Assistant United States Attorney<br>167 North Main Street, Suite 800<br>Memphis, TN 38103<br>monica.simmons@usdoj.gov<br><br>Counsel for the United States of America |

                                                          */s/ Michael G. Abelow*
                                                        Michael G. Abelow