**Dated: June 25, 2019**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

In Re:

REPLOGLE HARDWOOD FLOORING
COMPANY, LLC,

Debtors.

Chapter 11

Case No. 17-12172

Judge Jimmy L. Croom

### ORDER WITHDRAWING MOTION TO REOPEN CASE

This matter came before the Court on FHL Industries, LLC's ("FHL") Motion to Reopen Case (Docket No. 108) ("Motion"). The United States Trustee filed an Objection (Docket No. 112). At the hearing, FHL withdrew the Motion. Therefore, the Motion to Reopen Case is WITHDRAWN and the United States Trustee's Objection thereto is MOOT.

*This order was signed and entered electronically as indicated at the top of the page.*

901492.1    04866-042

APPROVED FOR ENTRY:


*/s/ Michael G. Abelow*

Michael G. Abelow (No. 26710)
Ryan T. Holt (No. 30191)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
mabelow@srvhlaw.com
rholt@srvhlaw.com
*Counsel for FHL Industries, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2019, a true and correct copy of the foregoing Order was served by operation of the Court's e-filing system upon all users accepting electronic service. In addition, copies were served by Email and U.S. Mail upon the following:

| | |
|---|---|
| Philip G. Young<br>Thompson Burton PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, TN 37067<br>philip@thompsonburton.com<br><br>Counsel for Debtor | Jerry P. Spore<br>William J. Hardegree<br>SPRAGINS, BARNETT & COBB, PLC<br>312 E. Lafayette Street<br>P.O. Box 2004<br>Jackson, TN 38302-2004<br>jpspore@spraginslaw.com<br>wjh@spraginslaw.com<br><br>Counsel for Tennessee BIDCO |
| Karen P. Dennis<br>Office of the United States Trustee<br>200 Jefferson Avenue, Suite 400<br>Memphis, TN 38103<br>Karen.P.Dennis@usdoj.gov | Monica M. Simmons-Jones<br>Assistant United States Attorney<br>167 North Main Street, Suite 800<br>Memphis, TN 38103<br>monica.simmons@usdoj.gov |

| Counsel for the United States Trustee | Counsel for the United States of America |
|---|---|

*/s/ Michael G. Abelow*
Michael G. Abelow

901492.1   04866-042